UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| KATHLEEN PEREZ, | |
| Plaintiff, | **Civil Action File No.** |
| v. | **Case 3:21-cv-00006-TCB-RGV** |
| CIRCLE K STORES, INC., | |
| Defendant. | |

## <u>NOTICE OF SETTLEMENT</u>

Plaintiff and Defendant hereby give notice of settlement of the above-entitled matter. Because this matter involves claims filed under the Fair Labor Standards Act, the parties will shortly file a motion for approval of their settlement agreement.

Respectfully submitted on April 30, 2021.

**RADFORD & KEEBAUGH, LLC**

**<u>Regan Keebaugh</u>**
Georgia Bar No. 535500
*Attorney for Plaintiff*
315 W. Ponce de Leon Ave.
Suite 1080
Decatur, GA 30030
Telephone: (678) 271-0300
Facsimile: (678) 271-0311
regan@decaturlegal.com

**JACKSON LEWIS P.C.**

**<u>David S. Mohl</u>**
Georgia Bar No. 515298
Ansley K. Fantaski
Georgia Bar No. 577512
*Attorneys for Defendants*
171 17th Street NW, Suite 1200
Atlanta, Georgia 30363
Telephone: (404) 525-8200
Facsimile: (404) 525-1173

David.Mohl@jacksonlewis.com
Ansley.Fantaski@jacksonlewis.com