UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| KATHLEEN PEREZ,<br><br>Plaintiff,<br><br>v.<br><br>CIRCLE K STORES, INC.,<br><br>Defendant. | **Civil Action File No.**<br>**3:21-cv-00006-TCB-RGV** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant in the above captioned matter, by and through their attorneys and pursuant to Fed. R. Civ. P. 41(a), hereby jointly stipulate to the dismissal of this matter with prejudice. Each party shall bear her or its own attorneys' fees and costs.

Dated June 30, 2021.

**Regan Keebaugh**
Georgia Bar No. 535500
Radford & Keebaugh, LLC
315 W. Ponce de Leon Ave., Suite 1080
Decatur, Georgia 30030
T: (678) 271-0300
F: (678) 271-0311
regan@decaturlegal.com

- 2 -

**David S. Mohl**
Georgia Bar No. 515298
David.Mohl@jacksonlewis.com
Ansley K. Fantaski
Georgia Bar No. 577512
Ansley.Fantaski@jacksonlewis.com
JACKSON LEWIS P.C.
171 17th Steet, NW- Ste. 1200
Atlanta, Georgia  30363
Telephone:  (404) 525-8200
Facsimile:   (404) 525-1173

## CERTIFICATE OF SERVICE

I certify that on June 30, 2021, I filed the foregoing document through the Court's CM/ECF system, which will send email notification of such filing to all attorneys of record in this matter.

**Regan Keebaugh**
Georgia Bar No. 535500
Radford & Keebaugh, LLC